**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID MASSEY, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>PABLO DIAZ CURIEL aka PABLO DIAZ, an individual, and DOES 1 through X, inclusive,<br><br>  Defendants. | Case No. 22-cv-01902-CDS-DJA<br>[Removed from Eight Judicial District Court, Clark County Case No. A-22-860754-B]<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>*FILING FEE IS $250.00*<br><br>[ECF No. 7] |

Zagros S. Bassirian, Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of Procopio, Cory, Hargreaves & Savitch LLP with offices at 525 B Street, Suite 2200, San Diego, California 92101, 619-238-1900, zag.bassirian@procopio.com. Procopio's Nevada office is located at 10000 W. Charleston Blvd., Suite 140, Las Vegas, NV 89135.

2. That Petitioner has been retained personally or as a member of the law firm by David Massey to provide legal representation in connection with the above-entitled case now pending before this Court.

1

3. That since December 3, 2014, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Admitted Bar | Number |
| --- | --- | --- |
| The State Bar of CA | 12/03/2014 | 299581 |
| USDC, Southern CA | 07/15/2015 | 299581 |
| USDC, Northern CA | 08/08/2016 | 299581 |
| Ninth Circuit Court of Appeal | 08/09/2016 | 299581 |
| USDC, Central CA | 01/26/2017 | 299581 |
| USDC, Eastern CA | 04/09/2021 | 299581 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below: None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission): None.

7. That Petitioner is a member of good standing in the following Bar Associations: The American Bar Association, the San Diego County Bar Association.

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: None.

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

Zagros S. Bassirian, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA        )
                           ) ss:
COUNTY OF   SAN DIEGO      )

Subscribed and sworn to (or affirmed) before me this 22nd day of November, 2022, by Zagros S. Bassirian proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Public

MEGAN DANBACH
Notary Public - California
San Diego County
Commission # 2358104
My Comm. Expires May 18, 2025

3

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL

# DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Jeffery A. Garofalo, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is: 10000 W. Charleston Blvd., Suite 140, Las Vegas, NV 89135, 702.216.2685, jeff.garofalo@procopio.com.

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) ~~Zagros S. Bassirian~~ Jeffery A. Garofalo as his/her/their Designated Resident Nevada Counsel in this case.

/s/ David Massey
(party's signature)

David Massey
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Jeffery A. Garofalo
Designated Resident Nevada Counsel's signature

7345           jeff.garofalo@procopio.com
Bar number     Email address

APPROVED:

Dated: this 28th day of November, 20 22.

_____
UNITED STATES DISTRICT JUDGE

130363-00000002/6374012.4