Jeffery A. Garofalo (Bar No. 7345)
E-mail: jeff.garofalo@procopio.com
PROCOPIO, CORY, HARGREAVES &
  SAVITCH LLP
10000 W. Charleston Blvd., Suite 140
Las Vegas, NV 89135
Telephone: 702.216.2684
Facsimile: 619.788.5500
(*Additional attorneys noted in signature block*)

Attorneys for Plaintiff
David Massey

*John D*. Tennert III (Bar No. 11728)
Email: jtennert@fennemorelaw.com
Wade Beavers (Bar No. 13451)
Email: wbeavers@fennemorelaw.com
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, Nevada 89101
Telephone: 775.788.2200
Fax: 775.786.1177

Attorneys for Defendant
Pablo Diaz Curiel aka Pablo Diaz
(*Additional attorneys noted in signature block*)

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID MASSEY, an individual,<br><br>Plaintiff<br><br>v.<br><br>PABLO DIAZ CURIEL aka PABLO DIAZ, an individual, and DOES 1 through X, inclusive,<br><br>Defendants | Case No. 2:22-cv-01902-CDS-DJA<br>[Removed from Eight Judicial District Court, Clark County<br>Case No. A-22-860754-B]<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION**<br><br>[ECF No. 28] |

1    CASE NO. 2:22-CV-01902-CDS-DJA
NOTICE OF SETTLEMENT AND JOINT STIPULATION TO WITHDRAW HEARING
WITHOUT PREJUDICE

130363-00000002/6494888.1

Plaintiff David Massey ("Massey") and Defendant Pablo Diaz Curiel aka Pablo Diaz ("Diaz"), by and through their undersigned counsel, hereby jointly submit this Notice of Settlement and Stipulation:

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that Massey and Diaz have reached a settlement in the above-captioned matter, and the parties are in the process of finalizing a written settlement agreement. After a fully executed copy of the settlement agreement is circulated Massey intends to dismiss this action, with prejudice. In connection with that settlement, the parties wish to vacate all currently pending hearings without prejudice and stay these proceedings so that the parties may finalize their agreement and resolve all claims in this action, while preserving party and judicial resources. Accordingly, the parties hereby stipulate that:

1. Any and all pending motions and hearings in this action shall be vacated, without prejudice.

2. This action shall be stayed in its entirety until either: (a) Massey dismisses this action with prejudice; or (b) the parties advise the Court through a joint stipulation that the stay should be lifted.

IT IS SO STIPULATED.

DATED: December 19, 2022        PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: */s/ Zagros S. Bassirian*
    Jeffery A. Garofalo
    Zagros S. Bassirian (*Pro Hac Vice*)
    Attorneys for Plaintiff David Massey

DATED: December 19, 2022        FENNEMORE CRAIG, P.C.

By: */s/ Charles E. Markle*
    John D. Tennert III
    Wade Beavers
    Louis D. Lopez (*Pro Hac Vice*)
    Charles E. Markle (*Pro Hac Vice*)
    Attorneys for Defendant Pablo Diaz Curiel aka Pablo Diaz

2    CASE NO. 2:22-CV-01902-CDS-DJA
NOTICE OF SETTLEMENT AND JOINT STIPULATION TO WITHDRAW HEARING WITHOUT PREJUDICE

130363-00000002/6494888.1

### **PROPOSED ORDER**

Pursuant to the stipulation of the parties set forth above, it is hereby ordered that:

1. Any and all pending motions in this action shall be vacated, without prejudice.
2. This action shall be stayed in its entirety until either: (a) Massey dismisses this action with prejudice; or (b) the parties advise the Court through a joint stipulation that the stay should be lifted.
3. The parties must appear for a status hearing re: settlement documents on February 23, 2023, at 10:00 a.m. in LV courtroom 6B. The hearing will be vacated upon the filing of settlement documents before that date.

IT IS SO ORDERED.

Dated: December 20, 2022

_____
Cristina D. Silva
United States District Judge