Jeffrey A. Garofalo (Bar No. 7345)
E-mail: jeff.garofalo@procopio.com
Zagros S. Bassirian (*Pro Hac Vice*)
E-mail: zag.bassirian@procopio.com
PROCOPIO, CORY, HARGREAVES &
    SAVITCH, LLP
10000 W. Charleston Blvd., Suite 140
Las Vegas, Nevada 89135
Telephone: 702.216.2684
Facsimile: 619.788.5500

Attorneys for Plaintiff David Massy

John D. Tennert, III (Bar No. 11728)
Wade Beavers (Bar No. 13451)
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, Nevada 89511
Tel: (775) 788-2200 / Fax: (775) 786-1177
Email: jtennert@fennemorelaw.com; wbeavers@fennemorelaw.com

Attorneys for Defendant Pablo Diaz Curiel, aka Pablo Diaz
*(Additional attorneys noted in signature block)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID MASSEY, an individual,<br><br>    Plaintiff<br><br>v.<br><br>PABLO DIAZ CURIEL aka PABLO DIAZ, an individual; and DOES I through X, inclusive,<br><br>    Defendants | No. 2:22-cv-01902-CDS-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

28544185.1/059679.0004

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS STIPULATED AND AGREED, by Plaintiff David Massy ("Mr. Massey"), by and through undersigned counsel, and by Defendant Pablo Diaz Curiel, aka Pablo Diaz ("Mr. Diaz"), by and through undersigned counsel, that all claims in the above-entitled matter are hereby DISMISSED WITH PREJUDICE, with all parties to bear their own costs and attorney fees.

DATED this 27th day of December, 2023.

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: /s/ Zagros S. Bassirian
Jeffrey A. Garofalo (Bar No. 7345)
E-mail: jeff.garofalo@procopio.com
Zagros S. Bassirian (*Pro Hac Vice*)
E-mail: zag.bassirian@procopio.com
10000 W. Charleston Blvd., Suite 140
Las Vegas, Nevada 89135
Telephone: 702.216.2684
Facsimile: 619.788.5500

*Attorneys for Plaintiff David Massey*

DATED this 27th day of December, 2023.

FENNEMORE CRAIG, P.C.

By: /s/ Charles E. Markle
John D. Tennert III
Nevada State Bar No. 11728
Wade Beavers
Nevada State Bar No. 13451
7800 Rancharrah Parkway
Reno, Nevada 89511
Tel: (775) 788-2200 / Fax: (775) 786-1177
Email: jtennert@fennemorelaw.com;
wbeavers@fennemorelaw.com

Louis D. Lopez (PHV)
Arizona State Bar No. 021191
Charles E. Markle (PHV)
Arizona State Bar No. 032930
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
Tel: (602) 916-5000 / Fax: (602) 916-5999
Email: llopez@fennemorelaw.com;
cmarkle@fennemorelaw.com

*Attorneys for Defendant Pablo Diaz Curiel, aka Pablo Diaz*

### ORDER

Based on the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT JUDGE
Date: December 27, 2022

28544185.1/059679.0004

2